RE: Case No. 25-0628                          DATE: 7/18/2025
    COA #: 15-24-00052-CV                       TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **September 15, 2025.**

                    MS. KIMBERLY S. KELLER
                    KELLER STOLARCZYK PLLC
                    215 W. BANDERA ROAD NO. 114-PMB 800
                    BOERNE, TX  78006
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0628                     DATE: 7/18/2025
    COA #: 15-24-00052-CV                    TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **September 15, 2025.**

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0628
COA #: 15-24-00052-CV
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

DATE: 7/18/2025
TC#: 24-17777

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **September 15, 2025.**

DISTRICT CLERK  GILLESPIE COUNTY
GILLESPIE COUNTY COURT
101 W. MAIN STREET
MAIL UNIT 3, RM 204
FREDERICKSBURG, TX  78624-3700
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0628                      DATE: 7/18/2025
COA #: 15-24-00052-CV                      TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **September 15, 2025.**

                MS. KAREN  WATKINS
                OFFICE OF THE ATTORNEY GENERAL OF TEXAS
                300 WEST 15TH STREET, 10TH FLOOR
                AUSTIN, TX  78701-2986
                * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0628
COA #: 15-24-00052-CV
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

DATE: 7/18/2025
TC#: 24-17777

     Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **September 15, 2025.**

> MR. IAN  LANCASTER
> ASSISTANT ATTORNEY GENERAL
> 300 W 15TH ST FL 10
> AUSTIN, TX  78701-1649
> \* DELIVERED VIA E-MAIL \*

FILE COPY

RE: Case No. 25-0628                    DATE: 7/18/2025
    COA #: 15-24-00052-CV                    TC#: 24-17777
STYLE: YOUNG v. TEX. PARKS & WILDLIFE DEP'T

   Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **September 15, 2025.**


                    MR. HENRY "H" CARL MYERS
                    ATTORNEY GENERAL'S OFFICE
                    PO BOX 12548
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *